UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOERGEN GEERDS<br><br>      Plaintiff,<br><br>v.<br><br>REXMARK HOLDINGS, LLC<br><br>      Defendant. | STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:19-cv-5706 |

IT IS HEREBY STIPULATED by Plaintiff Joergen Geerds and Defendant Rexmark Holdings, LLC that the case has been settled and that the above case should be dismissed with prejudice with each side to bear its own costs and attorney's fees.

*[signature]*
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: January 14, 2020

*Attorneys for Plaintiff Joergen Geerds*

*[signature]*
Thomas A. Warns
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
tom.warns@klgates.com
Tel.: (212) 536-3900

*Attorneys for Defendant Rexmark Holdings, LLC*